UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------x

UNITED STATES OF AMERICA,

        - against-

SARBSIT SINGH,

            Defendant.

--------------------------------------------------x

**ORDER**

25 Cr. 68-5 (ER)

Ramos, D.J.:

    A substitution of counsel hearing will be held on **April 17, 2026, at 10:00 a.m.** in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

    SO ORDERED.

Dated: March 20, 2026
       New York, New York

                        Edgardo Ramos, U.S.D.J.